On respondent's petition for reconsideration filed May 25, motion for relief from default granted; reconsideration allowed; former disposition (203 Or App 467, 124 P3d 1293) withdrawn; appeal dismissed as moot July 26, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## JIMMY ARTHUR WEISS, JR.,
*Appellant.*

03-07-33207; A123325

139 P3d 1006

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

## PER CURIAM

The state petitions for reconsideration of our opinion, in which we concluded that the trial court committed plain error in imposing departure sentences based on facts that defendant did not admit and that were not found by a jury. *State v. Weiss*, 203 Or App 467, 124 P3d 1293 (2005). In the meantime, however, defendant has completed the sentences that were imposed by the trial court, including his term of post-prison supervision. Defendant suggests that the case therefore has become moot. The state has not contested that conclusion, and we agree with it. Defendant's arguments on appeal relate solely to his sentences. Because he has already served those sentences, no practical effect on or concerning the rights of the parties would flow from the outcome of this case. *See Brumnett v. PSRB*, 315 Or 402, 406, 848 P2d 1194 (1993) ("Cases * * * in which a court's decision no longer will have a practical effect on or concerning the rights of the parties, will be dismissed as moot.").

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; appeal dismissed as moot.